[No. 24439-0-II.    Division Two.    May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN ROBERT FENCL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-00883-8, Stephen M. Warning, J., entered February 19, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 24440-3-II.    Division Two.    May 26, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDY E. KOHLER, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 98-1-00336-7, James B. Sawyer II, J., entered March 5, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, C.J., and Hunt, J.

[No. 17320-8-III.    Division Three.    May 30, 2000.]

*In the Matter of the Detention of* ABRAHAM W. DEAN, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 96-2-02973-3, Michael W. Leavitt, J., entered March 3, 1998. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Kato, JJ.

[No. 18165-1-III.    Division Three.    May 30, 2000.]

*In the Matter of the Parentage of* B.B., RANDALL G. BOSTROM, *Appellant*, and JEAN ELIZABETH ROMERO, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 97-5-00155-2, Michael W. Leavitt, J., entered November 20, 1998. *Affirmed* by unpublished opinion per Munson, J. Pro Tem., concurred in by Sweeney and Kato, JJ.